IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  4:20cr51-GHD-JMV-1

DANNY LEE THOMAS

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order permitting withdrawal of counsel in the above-styled and numbered cause due to a potential conflict of interest.  For good cause shown that Motion to Withdraw [13] has been granted, the Office of the Federal Public Defender contacted **John H. Daniels** on **October 26, 2020,** who has agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **John H. Daniels** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that **John H. Daniels** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 26th day of October, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE