IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:20-cr-00051-GHD-JMV

DANNY LEE THOMAS  DEFENDANT

## ORDER SUBSTITUTING COUNSEL

On this date, the Court granted the motion filed by the Defendant's previous counsel, John Daniels, to withdraw from representing the Defendant due to irreconcilable differences. In light of this development, the Court contacted Thomas C. Levidiotis of Oxford, Mississippi, who has agreed to be appointed as counsel to represent the Defendant in this matter. Accordingly, the Court shall substitute Mr. Levidiotis as counsel for the Defendant. The Court notes that the trial of this matter is set to commence on January 10, 2022, at the Federal Courthouse in Oxford, Mississippi.

THEREFORE, the Court hereby ORDERS that Thomas C. Levidiotis is SUBSTITUTED AS COUNSEL OF RECORD for the Defendant in this case.

The scheduling of any further additional pretrial matters is hereby referred to the Magistrate Judge assigned to this cause.

SO ORDERED, this, the __15th__ day of September, 2021.

_____
SENIOR U.S. DISTRICT JUDGE